

# Fourth Court of Appeals
## San Antonio, Texas

November 1, 2019

No. 04-19-00084-CR

Gabriel **MARTINEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR7552
Honorable Ron Rangel, Judge Presiding

# O R D E R

On July 31, 2019, pursuant to rule 38.8(b)(2) of the Texas Rules of Appellate Procedure, we abated this appeal to the trial court and ordered it to conduct a hearing on or before August 21, 2019 to determine whether appellant desired to prosecute his appeal, was indigent, and if so, to appoint counsel. After receiving an extension of time, the trial court held a hearing on October 4, 2019. At the hearing, the trial court found appellant to be indigent and that he desired to pursue his appeal. The trial court also found appellant's counsel Patrick Montgomery did not desire to abandon the appeal and would continue to represent him. The supplemental records were filed on October 25, 2019.

Based on the foregoing, we **ORDER** the abatement lifted and the appellate deadlines reinstated. We further **ORDER** appellant's counsel, Patrick Montgomery, to file appellant's brief within **December 2, 2019**. We advise counsel that because the brief was originally due July 31, 2019, additional requests for extensions of time to file appellant's brief will be strictly reviewed.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of November, 2019.



LUZ ESTRADA,
Chief Deputy Clerk